IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NOS. WR-44,856-05






EX PARTE BOBBY WAYNE WOODS









ON MOTION FOR STAY OF EXECUTION

IN CAUSE NO. 7487 IN THE 355TH DISTRICT COURT

HOOD COUNTY




 Per Curiam. Keller, P.J., and Meyers, J., dissent to the Court's grant of the
motion to stay. 


O R D E R



 We have before us a motion to stay the execution. Applicant's motion is granted. 

 IT IS SO ORDERED THIS THE 23rd DAY OF OCTOBER, 2008.


Do Not Publish